UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

HILDA L. SOLIS,
Secretary of Labor,
United States Department of Labor,

FILE NO. 09-80523

    Plaintiff,

CIV-COHN

vs.

DENNIS HUGHES, SUSAN HUGHES,
JOHN FRANK MASON and BONNIE
TILE SIMPLE IRA PLAN,

Magistrate Judge Seltzer

    Defendants.

FILED by _____ D.C.

JUN 12 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ANSWER AND AFFIRMATIVE DEFENSES
## OF DEFENDANT JOHN FRANK MASON

COMES NOW the above-captioned Defendant, John Frank Mason, by and through his undersigned counsel, pursuant to Rule 12(a)(1)(B) Fed. R. Civ. Pro. Files this Answer and Affirmative Defenses and says as to the Complaint:

1. Paragraph 1 of the Complaint is admitted as to jurisdiction only.

2. Paragraph 2 of the Complaint is admitted.

3. Paragraph 3 of the Complaint is admitted

4. Paragraph 4 of the Complaint is denied.

5. Paragraph 2 of the Complaint is denied.

6. Defendant Mason is without knowledge sufficient to form an answer to paragraph 6 of the Complaint.

7. Defendant Mason is without knowledge sufficient to form an answer to paragraph 7 of the Complaint.

8. Paragraph 8 of the Complaint is denied.

9. Paragraph 9 of the Complaint is denied.

10. Defendant Mason is without knowledge sufficient to form an answer to paragraph 10 of the Complaint.

11. Defendant Mason is without knowledge sufficient to form an answer to paragraph 11 of the Complaint.

12. Defendant Mason is without knowledge sufficient to form an answer to paragraph 12 of the Complaint.

13. Paragraph 13 of the Complaint is admitted.

14. Paragraph 14 of the Complaint is denied.

15. Paragraph 15 of the Complaint is denied.

16. Paragraph 16 of the Complaint is admitted.

17. Paragraph 17 of the Complaint is denied.

18. Paragraph 18 of the Complaint is denied.

19. Paragraph 19 of the Complaint is denied.

20. Paragraph 20 of the Complaint is denied.

21. Paragraph 21 of the Complaint is denied.

22. Paragraph 22 of the Complaint is denied.

23. Paragraph 23 of the Complaint is denied.

24. Paragraph 24 of the Complaint is denied.

25. Paragraph 25 of the Complaint is denied.

### Defendant's First Affirmative Defense

The Complaint fails to state a claim upon which relief can be granted as to Defendant Mason for any and all time periods after October 25, 2007, the date upon which Defendant Mason departed the Bonnie Tile Corporation.

### Defendant's Second Affirmative Defense

The Plaintiff has failed to join an indispensable party in that for a significant period of the dates addressed in the complaint "Concept 2000" Professional Employers, Inc. was engaged as an employee leasing company with the responsibility for the withholding and payment of the employee payroll obligation of the Bonnie Tile Corporation.

### Defendant's Third Affirmative Defense

Defendant Mason is not liable for any employer matching contribution for fiscal year 2007 and 2008 given that he had left the employment of Bonnie Tile Corporation before the employer's matching contribution was delinquent for either of the fiscal years..

### Defendant's Fourth Affirmative Defense

At all times material herein Defendant Mason was following specific directions of Defendant Dennis Hughes, the sole shareholder of Bonnie Tile Corporation.

### Defendant's Fifth Affirmative Defense

On information and belief Defendant Mason asserts that in June 2007 the Bonnie Tile Corporation filed for protection in the United States Bankruptcy Court in the for the Southern District of Florida.. Defendant Mason claims an offset for any liabilities related to this cause which were or may be extinguished or abated by the Bankruptcy Court.

**Defendant's Sixth Affirmative Defense 6**

The greatest amount of the underpayment or non-payment of withheld funds or employee matching contributions were for the benefit of Defendants Dennis and Susan Hughes, who each approved and/or acquiesced in the non-payment to the plan. Defendant Mason claims an offset for any amounts set forth in paragraphs 16 – 19 of the Complaint which would inure to the benefit of other Defendants in this action.

AVERA & SMITH, LLP

_____
John Frank Mason

_____
Rod Smith, Esq.
Florida Bar No. 0202551
2814 SW 13th Street
Gainesville, FL 32608
(352) 372-9999/375-2526 FAX
Attorneys for Defendant Mason

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished by U.S. Mail to Tremelle I. Howard-Fishburne, Esq., Office of the Solicitor, U. S. Department of Labor, 61 Forsyth St., SW, Room 7T10, Atlanta, GA 30303; Dennis Hughes, individually and as Present of Bonnie Tile Simple IRA Plan, 920 Marlin Circle, Jupiter, FL 33485 and to Susan Hughes, 920 Marlin Circle, Jupiter, FL 33485 on the 11th day of June, 2009.

AVERA & SMITH, LLP

_____
Rod Smith, Esq.
Florida Bar No. 0202551
jparish@avera.com
2814 SW 13th Street
Gainesville, FL 32608
(352) 372-9999/375-2526 FAX
Attorneys for Defendant Mason